**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) DCCC and<br><br>(2) OKLAHOMA DEMOCRATIC PARTY,<br><br>   Plaintiffs,<br><br>  v.<br><br>(1) PAUL ZIRIAX, in his official capacity as the Secretary of the Oklahoma State Election Board;<br><br>(2) TOM MONTGOMERY, in his official capacity as Chairman of the Oklahoma State Election Board;<br><br>(3) DR. TIM MAULDIN, in his official capacity as Vice-Chairman of the Oklahoma State Election Board;<br><br>(4) HEATHER MAHIEU CLINE, in her official capacity as a member of the Oklahoma State Election Board;<br><br>(5) JERRY BUCHANAN, in his official capacity as an alternate member of the Oklahoma State Election Board; and<br><br>(6) DEBI THOMPSON, in her official capacity as an alternate member of the Oklahoma State Election Board,<br><br>   Defendants. | Case No. 4:20-cv-211-JED-JFJ<br><br>**JOINT REQUEST FOR STATUS CONFERENCE** |

  The parties are scheduled for a hearing on Plaintiffs' request for preliminary and permanent injunctive relief on August 26, 2020 at 10:00 a.m. The parties would appreciate an opportunity to discuss the logistics of the upcoming hearing with the Court in a status teleconference, including whether live testimony is expected, the length and structure of the hearing, and other matters. The parties therefore jointly request a status conference with the Court at the Court's convenience.

- 2 -

Dated: August 17, 2020      By: *s/ Frank W. Frasier*
Frank W. Frasier, OK# 17864
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Boulevard
Tulsa, OK 74107
Telephone: 918.584.4724
Facsimile: 918.583.5637
FFrasier@frasierlaw.com

Marc E. Elias
John Devaney
Ariel B. Glickman
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, DC 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
MElias@perkinscoie.com
JDevaney@perkinscoie.com
AGlickman@perkinscoie.com

Charles G. Curtis, Jr.
Sopen B. Shah
Will M. Conley
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: 608.663.7460
Facsimile: 608.663.7499
CCurtis@perkinscoie.com
SShah@perkinscoie.com
WConley@perkinscoie.com

*Counsel for Plaintiffs*

By: *s/ Mithun Mansinghani*
Mithun Mansinghani, OBA #32453
*Solicitor General*
Bryan Cleveland, OBA #33680
*Assistant Solicitor General*
Thomas Schneider, OBA #330407
*Assistant Attorney General*

- 3 -

> OFFICE OF ATTORNEY GENERAL
> STATE OF OKLAHOMA
> 313 N.E. 21st Street
> Oklahoma City, OK 73105
> (405) 521-3921
> Mithun.Mansinghani@oag.ok.gov
> Bryan.Cleveland@oag.ok.gov
> Thomas.Schneider@oag.ok.gov
>
> *Counsel for Defendants*