IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DCCC and OKLAHOMA DEMOCRATIC PARTY,<br><br>               Plaintiffs,<br><br>    v.<br><br>PAUL ZIRIAX, *in his official capacity as* SECRETARY OF THE OKLAHOMA STATE ELECTION BOARD; TOM MONTGOMERY, *in his official capacity as* CHAIRMAN OF THE OKLAHOMA STATE ELECTION BOARD; DR. TIM MAULDIN, *in his official capacity as* VICE CHAIRMAN OF THE OKLAHOMA STATE ELECTION BOARD; HEATHER MAHIEU CLINE, *in her official capacity as a* MEMBER OF THE OKLAHOMA STATE ELECTION BOARD; JERRY BUCHANAN, *in his official capacity as an* ALTERNATE MEMBER OF THE OKLAHOMA STATE ELECTION BOARD; and DEBI THOMPSON, *in her official capacity as an* ALTERNATE MEMBER OF THE OKLAHOMA STATE ELECTION BOARD,<br><br>               Defendants. | Case No.: 20-CV-211-JED-JFJ |

## PLAINTIFFS' WITNESS LIST

Pursuant to the Court's Minute Order of August 24, 2020, Plaintiffs state as follows:

Plaintiffs intend to call as witnesses (1) Dr. Catherine Troisi; (2) Dr. Marc Meredith; and (3) Ronald Stroman.

DATED:   August 24, 2020

*s/ Frank W. Frasier*

Frank W. Frasier, OK# 17864
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Boulevard
Tulsa, OK  74107
Telephone:  918.584.4724
Facsimile:  918.583.5637
FFrasier@frasierlaw.com

Marc E. Elias
John Devaney
Ariel B. Glickman
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, DC  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211
MElias@perkinscoie.com
JDevaney@perkinscoie.com
AGlickman@perkinscoie.com

Charles G. Curtis, Jr.
Sopen B. Shah
Will M. Conley
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone:  608.663.7460
Facsimile:  608.663.7499
CCurtis@perkinscoie.com
SShah@perkinscoie.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I electronically transmitted Plaintiffs' Witness List to the Clerk of Court using the ECF System for filing, which will transmit a Notice of Electronic Filing and a copy of the document to all counsel who have entered an appearance in this case.

DATED:   August 24, 2020

*s/ Frank W. Frasier*

Frank W. Frasier, OK# 17864
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Boulevard
Tulsa, OK  74107
Telephone:  918.584.4724
Facsimile:  918.583.5637
FFrasier@frasierlaw.com