# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

DCCC et al,

                      Plaintiffs,

vs.

Paul Ziriax et al,

                      Defendants.

Case Number: 20-CV-211-JED-JFJ
Proceeding: Prelim. Inj.hearing/Perm. Inj. trial
Date: 8-26-2020
Court Time: 10:00 a.m.
Actual Court Time: 10:00 a.m. to 12:11 p.m.
                     1:00 p.m. to 2:51 p.m.
                     3:05 p.m. to 4:18 p.m.
                     4:30 p.m. to 5:25 p.m.

## MINUTE SHEET

John E. Dowdell, Chief U.S. District Judge      L. Lyles, Deputy Clerk      Terri Beeler, Reporter

Counsel for Plaintiff: John Devaney, Will Conley, Ariel Glickman (all via video), Frank Frasier (in person)

Counsel for Defendant: Mithun Mansinghani, Bryan Cleveland, Thomas Schneider (all in person)

Minutes: This comes on for a consolidated hearing on the Motion for Preliminary Injunction (Doc. 47) and trial on the merits for a potential permanent injunction. Three witnesses are sworn and testimony is given. Witness testimony was given via video conference with the agreement of the parties. Arguments are heard and the Court takes the matter under advisement. The parties shall submit proposed findings and conclusions, in both PDF and Word format, to the Courtroom Deputy Lisa Lyles, by August 31, 2020.