# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DCCC; OKLAHOMA DEMOCRATIC PARTY, | ) |
| Plaintiffs, | ) Case No. 20-CV-211-JED-JFJ |
| v. | ) |
| PAUL ZIRIAX, in his official capacity as SECRETARY OF THE OKLAHOMA STATE ELECTION BOARD, et al., | ) |
| Defendants. | ) |

## JUDGMENT

The Court has entered an Opinion and Order (Doc. 56) denying the relief sought by the plaintiffs in this case. Judgment for the defendants is hereby entered, terminating this litigation.

DATED this 17th day of September, 2020.

JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT